■  In the Matter of JOHN A. FOLEY et al., Appellants, v ZONING BOARD OF APPEALS OF THE VILLAGE OF HASTINGS-ON-HUDSON, Respondent.—Judgment of the Supreme Court, Westchester County, dated May 15, 1978, affirmed, with costs, on the opinion of Mr. Justice Slifkin at Special Term. Hopkins, J. P., Damiani, Gulotta and Hawkins, JJ., concur.

■  In the Matter of TODD H., Respondent. CITY OF NEW YORK, Appellant.—Order of the Family Court, Kings County, dated March 8, 1978, affirmed, without costs or disbursements (see Matter of Anthony P., 65 AD2d 294), Latham, J. P., Damiani, Titone and Suozzi, JJ., concur.